IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
IN THIS OFFICE
MAY 1 8 2020
Clerk U.S. District Court
Greensboro, NC
BY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| JORGE LUIS LARA MENDOZA | : | 1:20CR 128 -1 |
| MIGUEL ANGEL PAREDES-CRUZ | : | 1:20CR 128 -2 |
| SARA MARITZA ANDRADE LEDEZMA | : | 1:20CR 128 -3 |

The Grand Jury charges:

## COUNT ONE

On or about October 26, 2019, in the County of Orange, in the Middle

District of North Carolina, JORGE LUIS LARA MENDOZA, MIGUEL ANGEL

PAREDES-CRUZ, and SARA MARITZA ANDRADE LEDEZMA knowingly

and intentionally did unlawfully possess with intent to distribute 500 grams

or more of a mixture and substance containing a detectable amount of cocaine

hydrochloride, a Schedule II controlled substance within the meaning of Title

21, United States Code, Section 812; in violation of Title 21, United States

Code, Section 841(a)(1) and (b)(1)(B), and Title 18, United States Code, Section

2.

## COUNT TWO

On or about October 26, 2019, in the County of Orange, in the Middle

District of North Carolina, JORGE LUIS LARA MENDOZA, in furtherance of

a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute cocaine hydrochloride, as more fully referenced in Count One of this Indictment, did knowingly possess a firearm, that is, a Smith & Wesson 9mm handgun; in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

DATED: May 18, 2020

MATTHEW G.T. MARTIN
United States Attorney

BY: MEREDITH C. RUGGLES
Assistant United States Attorney

A TRUE BILL:

_____
FOREPERSON

2